**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01085-PAB-NYW

TUFFY SECURITY PRODUCTS, INC,
a Colorado Corporation,

      Plaintiff,

v.

BESTOP, INC.,
a Delaware corporation,

      Defendant.

---

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

---

IT IS ORDERED that a Scheduling Conference is set for January 14, 2016 at 2 p.m., in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference. The parties are advised to follow the District of Colorado Local Patent Rules in this

case and to submit their proposed Scheduling Order using the form set out on the court's website, http://www.cod.courts.gov, for a Proposed Scheduling Order in a Patent Case.

DATED: December 15, 2015

          BY THE COURT:

          s/Nina Y. Wang_____
          United States Magistrate Judge